IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
4:12-CV-208-F

| | |
|---|---|
| RONALD W. PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REAL ESTATE PLUS INC. ) | |
| MANAGEMENT SERVICES and GUY C. ) | |
| LEE, ) | |
| ) | |
| Defendants. ) | |

This case comes before the court on the parties' joint motion (D.E. 42) to amend the Scheduling Order. For good cause shown, the motion is ALLOWED and the Scheduling Order (D.E. 22) is modified as follows:

1. All discovery shall be commenced in time to be completed by 29 November 2013.

2. Any potentially dispositive motions shall be filed by 30 December 2013.

3. This action will be calendared for trial before Senior U.S. District Judge James C. Fox at his 12 May 2014 civil term in Wilmington, North Carolina. A trial calendar indicating the order in which cases will be called for trial at that term will be distributed two months beforehand. At the same time, a final pretrial conference will be scheduled approximately two weeks before the trial.

4. All other deadlines in the existing Scheduling Order remain in effect.

SO ORDERED, this the 22 day of August 2013.

James E. Gates
United States Magistrate Judge